IN RE APPLICATION OF EDGEWATER TERMINALS, INC.

April 15, 1981.

Petition for certification denied.  (See 177 *N.J.Super.* 337)

STATE OF NEW JERSEY v. DONALD WILSON.

April 15, 1981.

Petition for certification denied.

SALLY CARRIGAN v. MAURICE ROUSSELL.

April 15, 1981.

Petition for certification denied.